**No. 66199.**—M. Pressner & Co. *v.* United States, protest 60/14278 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.

**No. 66200.**—Ace Import Co., Inc., et al. *v.* United States, protests 61/138, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiffs was sustained.

**No. 66201.**—Ace Import Co., Inc. *v.* United States, protests 61/12649 and 61/12651 (New York).

Opinion by OLIVER C. J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.

**No. 66202.**—M. Pressner & Co. *v.* United States, protest 60/14277 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of fishing poles similar in all material respects to those the subject of Abstract 59620, the claim of the plaintiff was sustained.

**No. 66203.**—M. Pressner & Co. *v.* United States, protest 60/14279 (New York).